UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DYSON TECHNOLOGY LIMITED,<br><br>            Plaintiff,<br>v.<br><br>DAVID 7 STORE, et al.,<br><br>            Defendants. | Case No. 22-cv-05936<br><br>Hon. Steven C. Seeger |

**FINAL JUDGMENT ORDER**

This action having been commenced by Dyson Technology Limited ("Dyson" or "Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (the "Seller Aliases"), which allegedly offer to sell, and do sell, unauthorized, counterfeit and infringing Dyson products on the third-party platforms Aliexpress.com ("AliExpress"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), and Walmart Inc. ("Walmart"), and Plaintiff having moved for entry of Default Judgment against the defendants listed in the attached Schedule A (collectively, the "Defaulting Defendants").

This Court having entered, upon a showing by Plaintiff, a temporary restraining order against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

This Court finds, without adversarial presentation, that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using at least the Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Dyson's federally registered trademarks (collectively, the "DYSON Trademarks") to residents of Illinois. A list of the DYSON Trademarks is included in the chart below.

| **REGISTRATION NUMBER** | **REGISTERED TRADEMARK** | **REGISTRATION DATE** | **INTERNATIONAL CLASSES** |
|---|---|---|---|
| 5,125,976 | DYSON | January 17, 2017 | For: Electrical appliances for styling hair, namely, electric hair curling irons; electric hair straightening irons; electric hair crimper, hair cutting scissors, electric hair trimmers, electric irons for styling hair; cases specially adapted for holding or carrying the aforesaid electric hair appliances, parts and fittings for all the aforesaid goods in Class 8. |
| 5,126,070 | DYSON | January 17, 2017 | For: Electric rotary hair brushes; electric hot styling brushes; electric |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | toothbrushes; soap dispensers; hair brushes; parts and fittings for the aforesaid goods in Class 21. |
| 5,126,071 | DYSON | January 17, 2017 | For: Wash hand basins, which are part of sanitary installations; sinks; taps; faucets; water filtering apparatus; water purifying apparatus; water mineralizers in the nature of an apparatus for adding minerals to water; electric kettles; microwave ovens; toasters; electric coffee makers; espresso machines; hair dryers; air conditioning apparatus; air conditioners; air conditioners for vehicles; dispensing units for air fresheners; electric dispensers for air freshener; extractor hoods; air curtains, namely, mounted electric fans used to separate temperature zones with an invisible curtain of air; air washers for purifying and humidifying air; ventilation air-conditioning installations for vehicles; air filters, being parts of household or industrial installations; lighting apparatus, namely, lighting installations; electric lighting fixtures; |

3

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | ceiling lights; desk lights; floor lights; spotlights; uplighters; downlighters; lamps; LED lighting apparatus; lanterns for lighting; reflectors, diffusers and lenses for lights and lamps; light bulbs; LED light bulbs; parts and fittings for the aforesaid goods in Class 11. |
| 5,075,285 | dyson | November 01, 2016 | For: Electrical irons for styling hair; electric hair curling irons; electric hair straightening irons; electric hair crimpers, cutters, straighteners, and trimmers; and cases, parts, and fittings for all the aforesaid goods in Class 8. |
| 5,088,676 | dyson | November 22, 2016 | For: Electric rotary hair brushes; electric hot styling brushes; electric toothbrushes; soap dispensers; hair brushes; parts and fittings for the aforesaid goods in Class 21. |
| 5,668,383 | AIRWRAP | February 5, 2019 | For: Hair styling apparatus, namely, electric irons for styling hair; electrical appliances for styling hair, namely, electric hand-held hair styling irons; apparatus and devices for curling hair, namely, non-electric hair |

4

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | curling irons; electric hair curling irons; electric hair straightening irons; electric hair crimper; electric apparatus for hair cutting, namely, hair cutting scissors; electric apparatus for hair trimming namely, hair trimmers; heated electric hair curling irons; hair curling tongs; interchangeable styling attachments being parts for all the aforesaid goods; cases, boxes and bags specifically adapted for holding the above mentioned goods; parts for all the aforesaid goods in Class 8.<br><br>For: Electric hair dryers; hair dryers; cases, boxes and bags specially adapted for all the aforesaid goods; parts for the aforesaid goods in Class 11.<br><br>For: Hair brushes; electric hair brushes; electric rotating hair brushes; electric heated hair brushes; hot air hair brushes; combs; large-toothed combs for the hair; electric combs; cases, boxes and bags specially adapted for all the aforesaid goods; parts for all the |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | aforesaid goods in Class 21. |
| 5,668,384 | DYSON AIRWRAP | February 05, 2019 | For: Hair styling apparatus, namely, electric irons for styling hair; electrical appliances for styling hair, namely, electric hand-held hair styling irons; apparatus and devices for curling hair, namely, non-electric hair curling irons; electric hair curling irons; electric hair straightening irons; electric hair crimper; electric apparatus for hair cutting, namely, hair cutting scissors; electric apparatus for hair trimming namely, hair trimmers; heated electric hair curling irons; hair curling tongs; interchangeable styling attachments being parts for all the aforesaid goods; cases, boxes and bags specifically adapted for holding the above mentioned goods; parts for all the aforesaid goods in Class 8.<br><br>For: Electric hair dryers; hair dryers; cases, boxes and bags specially adapted for all the aforesaid goods; parts for the aforesaid goods in Class 11. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | For: Hair brushes; electric hair brushes; electric rotating hair brushes; electric heated hair brushes; hot air hair brushes; combs; large-toothed combs for the hair; electric combs; cases, boxes and bags specially adapted for all the aforesaid goods; parts for all the aforesaid goods in Class 21. |
| 5,668,385 | dyson airwrap | February 05, 2019 | For: Hair styling apparatus, namely, electric irons for styling hair; electrical appliances for styling hair, namely, electric hand-held hair styling irons; apparatus and devices for curling hair, namely, non-electric hair curling irons; electric hair curling irons; electric hair straightening irons; electric hair crimper; electric apparatus for hair cutting, namely, hair cutting scissors; electric apparatus for hair trimming namely, hair trimmers; heated electric hair curling irons; hair curling tongs; interchangeable styling attachments being parts for all the aforesaid goods; cases, boxes and bags specifically adapted for holding the above mentioned goods; parts for |

7

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | all the aforesaid goods in Class 8.<br><br>For: Electric hair dryers; hair dryers; cases, boxes and bags specially adapted for all the aforesaid goods; parts for the aforesaid goods in Class 11.<br><br>For: Hair brushes; electric hair brushes; electric rotating hair brushes; electric heated hair brushes; hot air hair brushes; combs; large-toothed combs for the hair; electric combs; cases, boxes and bags specially adapted for all the aforesaid goods; parts for all the aforesaid goods in Class 21. |
| 5,215,713 | SUPERSONIC | June 06, 2017 | For: Hair dryers; cases specially adapted for hair dryers; accessories for hair dryers, namely, diffusers, smoothing nozzles, and concentrator nozzles; parts and fittings all for hair dryers in Class 11. |
| 5,215,714 | DYSON SUPERSONIC | June 06, 2017 | For: Hair dryers; cases specially adapted for hair dryers; accessories for hair dryers, namely, diffusers, smoothing nozzles, and concentrator nozzles; parts and fittings all for hair |

8

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | dryers in Class 11. |
| 5,348,163 | dyson supersonic | December 05, 2017 | For: Hair dryers; cases specially adapted for hair dryers; accessories for hair dryers, namely, diffusers, smoothing nozzles, and concentrator nozzles; parts and fittings all for hair dryers in Class 11. |
| 6,399,565 | CORRALE | June 29, 2021 | For: Electrical appliances for styling hair, namely, electric hand-held hair styling irons; Electric irons for styling hair; Electrical appliances for curling hair, namely, electric hand-held hair curling irons; Curling irons; Curling tongs; straightening irons, namely, flat irons; Electric hair curling irons; Electric hair straightening irons; Electric hair curlers in the nature of hand implements; Electric hair crimper; Electric hair cutters; Electric hair trimmers; hair styling attachments designed exclusively for use with for all the aforesaid goods; cases, boxes and bags specially adapted for all for the aforesaid goods; parts, fittings and accessories all for the aforesaid goods in Class 8. |

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 6,130,385 | DYSON CORRALE | August 18, 2020 | For: Electrical appliances for styling hair, namely, electric hand-held hair styling irons; Electric irons for styling hair; Electrical appliances for curling hair, namely, electric hand-held hair curling irons; Curling irons; Curling tongs; Straightening irons, namely, flat irons; Electric hair curling irons; Electric hair straightening irons; Electric hair curlers in the nature of hand implements; Electric hair crimper; Electric hair cutters; Electric hair trimmers; hair styling attachments designed exclusively for use with for all the aforesaid goods; cases, boxes and bags specially adapted for all for the aforesaid goods; parts, fittings and accessories all for the aforesaid goods in Class 8. |
| 6,130,386 | dyson corrale | August 18, 2020 | For: Electrical appliances for styling hair, namely, electric hand-held hair styling irons; Electric irons for styling hair; Electrical appliances for curling hair, namely, electric hand-held hair curling irons; Curling irons; Curling tongs; |

10

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| | | | Straightening irons, namely, flat irons; Electric hair curling irons; Electric hair straightening irons; Electric hair curlers in the nature of hand implements; Electric hair crimper; Electric hair cutters; Electric hair trimmers; hair styling attachments designed exclusively for use with for all the aforesaid goods; cases, boxes and bags specially adapted for all for the aforesaid goods; parts, fittings and accessories all for the aforesaid goods in Class 8. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default Judgment is GRANTED as provided in this Final Judgment, and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants indicated in the below chart, in the amount of one thousand dollars ($1,000), for willful use of counterfeit DYSON Trademarks in connection with the sale of products through at least the Defaulting Defendants' Online Marketplaces.

11

| Def. No. | Defendant |
|---|---|
| 1 | David 7 Store |
| 2 | Future Beautys Store |
| 3 | LookFun Appliance Store |
| 4 | merati Official Store |
| 5 | SAWPOP Store |
| 6 | Shop1100190007 |
| 7 | Shop1100322004 Store |
| 8 | Shop1102200226 Store |
| 9 | Shop912626204 Store |
| 10 | SYTAYIN Global Store |
| 11 | ZX Home Appliance Store |
| 12 | 2017 |
| 13 | A1EZXTV8I3O74A |
| 14 | A1X2PWVL0MVQ4J |
| 16 | A2PW6E9D9KZ3IT |
| 19 | Annazen |
| 21 | BenKangShangMao |
| 24 | ChouaShop |
| 26 | danzhoujingweishangmaoyouxiangongsi |
| 28 | de wang li lai tong xie jing ying bu |
| 33 | dyscns |
| 37 | dysons-stores |
| 42 | GUOQINQWEN |
| 44 | hengou |
| 48 | huangjiangtao0012 |
| 52 | Jiangkou mingshengao clothing sales store |
| 56 | KUKUMO-US |
| 57 | LClhhybtiick |
| 60 | liyindasd |
| 63 | muheminglkuyghg |
| 64 | nanninghengxiaolinmaoyiyouxiangongsi |
| 69 | Ramantic |
| 70 | Roger Carl |
| 71 | RongCaiYang |
| 74 | SHIJIAMINGDEDIANPU |
| 78 | SporterDirect |
| 79 | suqiongqiongbaihuodian |
| 80 | SXYTKJ |
| 85 | Xiu Ang |
| 86 | xxsyfsmyxgs |
| 87 | yangdandan store |
| 89 | yunnanshapengfuzhuangyouxiangongsi |
| 90 | YuTongRiYong |

| | |
|---|---|
| 91 | yydsyx |
| 95 | Zonezhi |
| 96 | 22-lianshop |
| 97 | bcastoce-1 |
| 99 | dhw_2388 |
| 100 | difangsshangmao |
| 101 | duoluck |
| 102 | earui-2234 |
| 104 | gen_9328 |
| 106 | hongmei0924 |
| 107 | hxin081 |
| 108 | hxina91 |
| 109 | junn-5986 |
| 112 | licun6 |
| 113 | lixia80 |
| 114 | mi4020_9 |
| 115 | mijaisksk14 |
| 117 | ning02r |
| 118 | pengchurui |
| 119 | robosense-y |
| 120 | sheng85-9 |
| 122 | siao77 |
| 123 | siao87-6 |
| 125 | tdhd86 |
| 127 | uubdmodel |
| 128 | wikimo22 |
| 129 | yinya-winter |
| 130 | zengqingrui3 |
| 131 | zhouyou656 |
| 132 | shen zhen shi li de xin zhi neng you xian gong si |
| 134 | junna_5 |

2. The Court declines the request to award profits because Plaintiff offered evidence of revenue, not profits. Revenue and profits are not the same thing. The Court declines the invitation to assume that all of the revenue equals profits.

3. Plaintiff may enforce this Final Judgment as provided in the Federal Rules.

This is a Final Judgment.

Date: August 29, 2023

Steven C. Seeger
United States District Judge

**Dyson Technology Limited v. David 7 Store, et al., Case No. 22-cv-5936**

# Schedule A

| Defendant Online Marketplaces | | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | aliexpress.com/store/1102169576 | David 7 Store |
| 2 | aliexpress.com/store/1101716253 | Future Beautys Store |
| 3 | lookfun.aliexpress.com/store/1101961461 | LookFun Appliance Store |
| 4 | aliexpress.com/store/1101704112 | merati Official Store |
| 5 | aliexpress.com/store/1101279185 | SAWPOP Store |
| 6 | aliexpress.com/store/1102008903 | Shop1100190007 |
| 7 | aliexpress.com/store/1100322004 | Shop1100322004 Store |
| 8 | aliexpress.com/store/1102199215 | Shop1102200226 Store |
| 9 | aliexpress.com/store/1101943038 | Shop912626204 Store |
| 10 | aliexpress.com/store/1102037279 | SYTAYIN Global Store |
| 11 | aliexpress.com/store/1100385653 | ZX Home Appliance Store |
| 12 | amazon.com/sp?seller=AJO0TI3BF3IXC | 2017 |
| 13 | amazon.com/sp?seller=A1EZXTV8I3O74A | A1EZXTV8I3O74A |
| 14 | amazon.com/sp?seller=A1X2PWVL0MVQ4J | A1X2PWVL0MVQ4J |
| 15 | amazon.com/sp?seller=A2JHUHHN5A7W2A | A2JHUHHN5A7W2A |
| 16 | amazon.com/sp?seller=A2PW6E9D9KZ3IT | A2PW6E9D9KZ3IT |
| 17 | amazon.com/sp?seller=A2RFVG02LAE3TJ | A2RFVG02LAE3TJ |
| 18 | amazon.com/sp?seller=A1G3TA67059EHF | amz.com- |
| 19 | amazon.com/sp?seller=A4YGRE6YMQJSQ | Annazen |
| 20 | amazon.com/sp?seller=A2XOEWS0H03RI0 | Annonn |
| 21 | amazon.com/sp?seller=AX52IL54VQ4GY | BenKangShangMao |
| 22 | amazon.com/sp?seller=A1GTLX3TKVE7SQ | bigpoweui |
| 23 | amazon.com/sp?seller=A3L7YN80X2AAH9 | booony |
| 24 | amazon.com/sp?seller=A3A6UWRB0TWBW9 | ChouaShop |
| 25 | amazon.com/sp?seller=A1VWTN0JMBS96D | COZYRM |
| 26 | amazon.com/sp?seller=A2K7KJLPTVXO07 | danzhoujingweishangmaoyouxiangongsi |
| 27 | amazon.com/sp?seller=AZBJWP9RTZZ5P | DaYun |
| 28 | amazon.com/sp?seller=AP6R9412XRUS2 | de wang li lai tong xie jing ying bu |
| 29 | amazon.com/sp?seller=A2NJAZXM8TWIC9 | Dhkyuk |
| 30 | amazon.com/sp?seller=AGQEGRAT37NHJ | Dokiy |
| 31 | amazon.com/sp?seller=A2OAV8O2W3OP5O | dorothy good |
| 32 | amazon.com/sp?seller=A39T3ZD8C6EGH2 | DVJDVJ |
| 33 | amazon.com/sp?seller=ACYEEGLQLNICF | dyscns |
| 34 | amazon.com/sp?seller=AMU6XU9M8THE8 | dyson-001 |
| 35 | amazon.com/sp?seller=A3VT2WG06NWB9Y | dyson-brand store |

| 36 | amazon.com/sp?seller=A1QRP5XCK06U2J | Dyson-specialty store |
|---|---|---|
| 37 | amazon.com/sp?seller=A1R32U1RUOQ90C | dysons-stores |
| 38 | amazon.com/sp?seller=ANE4HQVQWMRG8 | ewajgijg777 |
| 39 | amazon.com/sp?seller=A29BO3BPQUQFLK | FOQIANG |
| 40 | amazon.com/sp?seller=A3K2PC4HVOXHBP | FuYangKanCang |
| 41 | amazon.com/sp?seller=A2W60YM2EGBSKK | guangzhouchanjunmaoyiyouxiangongsi1 |
| 42 | amazon.com/sp?seller=A17J25NCGEKE1Q | GUOQINQWEN |
| 43 | amazon.com/sp?seller=A19G26ZHFDMP00 | haokezhijia |
| 44 | amazon.com/sp?seller=A1QIVQNG8H2M15 | hengou |
| 45 | amazon.com/sp?seller=A3S1JA2F6GSFMR | HHUI US |
| 46 | amazon.com/sp?seller=A1BTNKOBDHQBPB | HKYLINC |
| 47 | amazon.com/sp?seller=ATKH18XH0SKDV | HllgkyyUS |
| 48 | amazon.com/sp?seller=A1861VJ9M330PT | huangjiangtao0012 |
| 49 | amazon.com/sp?seller=A2AB8G78ZWXIIZ | Huangxue |
| 50 | amazon.com/sp?seller=A3AFO4EOAVIUZH | huangyanbeias |
| 51 | amazon.com/sp?seller=A1IHSLNRDA17WJ | HZM NDY |
| 52 | amazon.com/sp?seller=A1DFALY8JPIBAL | Jiangkou mingshengao clothing sales store |
| 53 | amazon.com/sp?seller=AATME8B1Q0MVG | Jiangquan |
| 54 | amazon.com/sp?seller=A33KZZMVA9HAR7 | JING-SHOP |
| 55 | amazon.com/sp?seller=A1EVD99MKZ3GH3 | Jony JJ |
| 56 | amazon.com/sp?seller=A1K738GWQSLAW6 | KUKUMO-US |
| 57 | amazon.com/sp?seller=A3188N1H3B09VV | LClhhybtiick |
| 58 | amazon.com/sp?seller=A2GWH5BNMHISKO | liheyuan123456 |
| 59 | amazon.com/sp?seller=A2PN37WTWRC3T1 | Lihuiling |
| 60 | amazon.com/sp?seller=AC1440XQD4YLR | liyindasd |
| 61 | amazon.com/sp?seller=A327GUMK15KSXB | LXFZMDFactory Direct |
| 62 | amazon.com/sp?seller=A3BGNPJR6TUK53 | Magic Secret Service |
| 63 | amazon.com/sp?seller=A1H6H4OJY0VZA8 | muheminglkuyghg |
| 64 | amazon.com/sp?seller=A2RQF96UVTX2CX | nanninghengxiaolinmaoyiyouxiangongsi |
| 65 | amazon.com/sp?seller=A2Z56WXD2STFQH | nanningshijiandianzishangwuyouxiangongsi |
| 66 | amazon.com/sp?seller=A3UBU9M5TTELZ7 | nanningyangkangdianzishangwuyouxiangongsi |
| 67 | amazon.com/sp?seller=A2QBE9GQUYD1DO | PNEGQIN-us |
| 68 | amazon.com/sp?seller=A2QSXYGBCXXTBW | Princesseey |
| 69 | amazon.com/sp?seller=A19U7RWX3OQZ3L | Ramantic |
| 70 | amazon.com/sp?seller=A6LLCZXTOGDKQ | Roger Carl |
| 71 | amazon.com/sp?seller=A1T0RMEG4NFC4N | RongCaiYang |
| 72 | amazon.com/sp?seller=A2EALDSHA6QJTV | Sadaaga Store |
| 73 | amazon.com/sp?seller=A21I1ZHBWMR8NP | Samexy Store-US |
| 74 | amazon.com/sp?seller=A2F90R6X9D6N13 | SHIJIAMINGDEDIANPU |
| 75 | amazon.com/sp?seller=A1XP8MNX223EU5 | SHIRUYI |
| 76 | amazon.com/sp?seller=A31BLXPNWY33O | sisalx-store |
| 77 | amazon.com/sp?seller=A3H9IGD1KYYFVZ | SMART word |
| 78 | amazon.com/sp?seller=A2UPGEKZB7TKR5 | SporterDirect |

| | | |
|---|---|---|
| 79 | amazon.com/sp?seller=AU213IBZUS7LL | suqiongqiongbaihuodian |
| 80 | amazon.com/sp?seller=A2VZELTJBMQF3V | SXYTKJ |
| 81 | amazon.com/sp?seller=AGUOANL7OE4OK | TIANTONGL |
| 82 | amazon.com/sp?seller=A1YMK6HRXXVISX | Wang Nuo |
| 83 | amazon.com/sp?seller=A1OZ2BZC5ZEHPD | WanPinMaoYi |
| 84 | amazon.com/sp?seller=A1TIHAB9K4DTHX | WOO-WIN |
| 85 | amazon.com/sp?seller=A22WY1GFFRHI4K | Xiu Ang |
| 86 | amazon.com/sp?seller=AIHJM78HN38J1 | xxsyfsmyxgs |
| 87 | amazon.com/sp?seller=A1J51P31DOFYNO | yangdandan store |
| 88 | amazon.com/sp?seller=A1BGXCK6MUW2RW | yuanjishangmaogongsi |
| 89 | amazon.com/sp?seller=A27BBDGU5F47SW | yunnanshapengfuzhuangyouxiangongsi |
| 90 | amazon.com/sp?seller=A18J0AIBE3HH12 | YuTongRiYong |
| 91 | amazon.com/sp?seller=A218IOJO2JWESI | yydsyx |
| 92 | amazon.com/sp?seller=A2D8V5QKQW3FBW | ZangQiong |
| 93 | amazon.com/sp?seller=A1N1QOJJMT55O7 | Zhuhongyu |
| 94 | amazon.com/sp?seller=A2YPJXBWLV63V3 | Zipeng |
| 95 | amazon.com/sp?seller=A6NHH51HS02PU | Zonezhi |
| 96 | ebay.com/usr/22-lianshop | 22-lianshop |
| 97 | ebay.com/usr/bcastoce-1 | bcastoce-1 |
| 98 | ebay.com/usr/chedy904 | chedy904 |
| 99 | ebay.com/usr/dhw_2388 | dhw_2388 |
| 100 | ebay.com/usr/difangsshangmao | difangsshangmao |
| 101 | ebay.com/usr/duoluck | duoluck |
| 102 | ebay.com/usr/earui-2234 | earui-2234 |
| 103 | ebay.com/usr/epossa-1 | epossa-1 |
| 104 | ebay.com/usr/gen_9328 | gen_9328 |
| 105 | ebay.com/usr/goky91 | goky91 |
| 106 | ebay.com/usr/hongmei0924 | hongmei0924 |
| 107 | ebay.com/usr/hxin081 | hxin081 |
| 108 | ebay.com/usr/hxina91 | hxina91 |
| 109 | ebay.com/usr/junn-5986 | junn-5986 |
| 110 | ebay.com/usr/junn8577 | junn8577 |
| 111 | ebay.com/usr/kicyee | kicyee |
| 112 | ebay.com/usr/licun6 | licun6 |
| 113 | ebay.com/usr/lixia80 | lixia80 |
| 114 | ebay.com/usr/mi4020_9 | mi4020_9 |
| 115 | ebay.com/usr/mijaisksk14 | mijaisksk14 |
| 116 | ebay.com/usr/nana_6036 | nana_6036 |
| 117 | ebay.com/usr/ning02r | ning02r |
| 118 | ebay.com/usr/pengchurui | pengchurui |
| 119 | ebay.com/usr/robosense-y | robosense-y |
| 120 | ebay.com/usr/sheng85-9 | sheng85-9 |
| 121 | ebay.com/usr/siao-0915 | siao-0915 |

| 122 | ebay.com/usr/siao77 | siao77 |
| --- | --- | --- |
| 123 | ebay.com/usr/siao87-6 | siao87-6 |
| 124 | ebay.com/usr/swauk-2022 | swauk-2022 |
| 125 | ebay.com/usr/tdhd86 | tdhd86 |
| 126 | ebay.com/usr/tianronghua5 | tianronghua5 |
| 127 | ebay.com/str/uubdmodel | uubdmodel |
| 128 | ebay.com/usr/wikimo22 | wikimo22 |
| 129 | ebay.com/usr/yinya-winter | yinya-winter |
| 130 | ebay.com/usr/zengqingrui3 | zengqingrui3 |
| 131 | ebay.com/usr/zhouyou656 | zhouyou656 |
| 132 | walmart.com/seller/101189642 | shen zhen shi li de xin zhi neng you xian gong si |
| 133 | DISMISSED | DISMISSED |
| 134 | ebay.com/usr/junna_5 | junna_5 |