Exhibit A

| Defendant | E-Mail Address |
|---|---|
| kicyee | 15224433433@163.com |
| Shop1100190007 | 255469928@qq.com |
| merati Official Store | 2960945895@qq.com |
| 2017 | 710859171@qq.com |
| Magic Secret Service | a13631587781@163.com |
| David 7 Store | aa16689770425@163.com |
| Jony JJ | aizhongb1@163.com |
| DaYun | benchei7418@163.com |
| shen zhen shi li de xin zhi neng you xian gong si | busufnshou@outlook.com |
| chedy904 | chengdiyi904@outlook.com |
| Zipeng | chengzipeng7758521@outlook.com |
| Roger Carl | cjnqui@163.com |
| FOQIANG | congch33195@163.com |
| RongCaiYang | cuicaiyangol@outlook.com |
| de wang li lai tong xie jing ying bu | cweterty68@163.com |
| Shop912626204 Store | cyj15807697865@163.com |
| SporterDirect | cywlovehxj@outlook.com |
| Annazen | dairunquan1232022@163.com |
| pengchurui | dao890@163.com |
| xxsyfsmyxgs | deewean79@163.com |
| Xiu Ang | denggang23445@163.com |
| dhw_2388 | dhw86g@163.com |
| Lihuiling | dorian8oebonita@outlook.com |
| tianronghua5 | dui546@163.com |
| mueheminglkuyghg | duweianjiangsho@163.com |
| A2RFVG02LAE3TJ | em3m3c@163.com |
| booony | fdtdt4364@outlook.com |
| FuYangKanCang | fuyangkancang@outlook.com |
| yangdandan store | fxydyshg@163.com |
| dyson-brand store | gaojunfengus@hotmail.com |
| gen_9328 | gengnao@zoho.com.cn |
| haokezhijia | ghy123654202108@163.com |
| goky91 | gokybrywl@163.com |
| GUOQINQWEN | guoqin18899@163.com |
| dyscns | guowenwen7788us@hotmail.com |
| difangsshangmao | hefang20006@outlook.com |
| Shop1102200226 Store | heshengyouke167@163.com |
| wikimo22 | hkruidan222@outlook.com |
| bcastoce-1 | hktext535@outlook.com |
| amz.com- | hongba81613@126.com |
| hongmei0924 | hongmei423@outlook.com |

| | |
|---|---|
| mijaisksk14 | hsndjuuumnn@163.com |
| HHUI US | huanghui1543@163.com |
| yuanjishangmaogongsi | jgzd456@aliyun.com |
| Sadaaga Store | jh717k@163.com |
| HllgkyyUS | jiaohengriyongpin@163.com |
| bigpoweui | jich18428597@163.com |
| Annonn | jidao3333958@163.com |
| JING-SHOP | jingjingmeizhou@163.com |
| yunnanshapengfuzhuangyouxiangongsi | jiuqiaolelao8054@163.com |
| junn-5986 | junna1103@outlook.com, NA20102901@outlook.com |
| junna_5 | junna201027@outlook.com |
| junn8577 | junna2980@outlook.com |
| A1EZXTV8I3O74A | ke7kxe@163.com |
| DVJDVJ | kuangcaizhi65427@163.com |
| Huangxue | laofei997793@163.com |
| Jiangkou mingshengao clothing sales store | layisa1522@163.com |
| licun6 | licun6h19@outlook.com |
| liheyuan123456 | liheyuan123456789@outlook.com |
| LXFZMDFactory Direct | litanhu19911211@163.com |
| Dhkyuk | liubaojunsanjun868@163.com |
| Shop1100322004 Store | liuruilan1989@163.com |
| lixia80 | lixia806@outlook.com |
| danzhoujingweishangmaoyouxiangongsi | liyilong0412@outlook.com |
| TIANTONGL | ljkd967844@163.com |
| Zhuhongyu | lllm087053951@163.com |
| nanningyangkangdianzishangwuyouxiangongsi | lsjs974@sina.com |
| Samexy Store-US | mei123147mei@163.com |
| mi4020_9 | mimi4022@outlook.com |
| nana_6036 | nanatt22@outlook.com |
| ning02r | ning02ru@outlook.com |
| HKYLINC | oajvdhf852@163.com |
| duoluck | ouduoluck@163.com |
| nanninghengxiaolinmaoyiyouxiangongsi | oveklq92hi10@163.com |
| ChouaShop | paoye15355@163.com |
| nanningshijiandianzishangwuyouxiangongsi | pqji697@aliyun.com |
| Jiangquan | pumuhu973993@163.com |
| HZM NDY | q113161852@163.com |
| Zonezhi | qianan0118@163.com |
| liyindasd | qiaoan17001707@163.com, mei05113980310@163.com |
| Dyson-specialty store | qiaoxuqin85ca@126.com |
| Dokiy | qijiunao648@163.com |

| | |
|---|---|
| A2JHUHHN5A7W2A | qj2fsj@163.com |
| Ramantic | raogugou162936@163.com |
| SXYTKJ | renwei0311@hotmail.com |
| robosense-y | robosenseyang@outlook.com |
| suqiongqiongbaihuodian | rqhaajhe9537@163.com |
| yinya-winter | scqliyuan0914@outlook.com |
| SAWPOP Store | shayne.winston@outlook.com |
| sheng85-9 | shengtai85@outlook.com |
| 22-lianshop | shengye849@163.com |
| SHIRUYI | shuangshifan859@163.com |
| siao77 | siao717@outlook.com |
| siao87-6 | siao817@outlook.com |
| siao-0915 | siao915@outlook.com |
| PNEGQIN-us | sjahohg562@163.com |
| COZYRM | snv215@sina.com |
| swauk-2022 | swauk2020@163.com |
| tdhd86 | tdhd816@outlook.com |
| SHIJIAMINGDEDIANPU | tz9951@163.com |
| A1X2PWVL0MVQ4J | u5i1l1@163.com |
| ShenzhenMingchuangxingkejiyouxiangongsi | ude74962@163.com |
| uubdmodel | uumodel@163.com |
| BenKangShangMao | viwzbogcsbs8628@163.com |
| WOO-WIN | w19970820@163.com |
| Wang Nuo | wangnuoshangmao@outlook.com |
| Princesseey | wangzelin546@outlook.com |
| WanPinMaoYi | wanpinmaoyius558@hotmail.com |
| Future Beautys Store | weifeng2021_4@163.com |
| ewajgijg777 | xiacibi529@163.com |
| dorothy good | xiaoyu8803@163.com |
| hxina91 | xinna091@outlook.com |
| SMART word | xinren51688@163.com |
| KUKUMO-US | xinruiya0512@163.com |
| hxin081 | xintu081@outlook.com |
| zengqingrui3 | xy5118@163.com |
| huangyanbeias | yanbei0308@outlook.com |
| LookFun Appliance Store | yangzhi303@163.com |
| LClhhybtiick | yanjjyamaxun03@163.com |
| SYTAYIN Global Store | yibaicheng05@163.com |
| earui-2234 | yierrui44@outlook.com |
| epossa-1 | yierrui55@outlook.com |
| huangjiangtao0012 | yikeau@163.com |
| YuTongRiYong | yingxanyutongriyongpinshangdian@outlook.com |
| dysons-stores | youna77975@163.com |

| | |
|---|---|
| hengou | yueyuanyuan202201@163.com |
| dyson-001 | zaifup551793@163.com |
| ZangQiong | zangqiong668@outlook.com |
| guangzhouchanjunmaoyiyouxiangongsi1 | zangyeshi045@163.com |
| zhouyou656 | zhouyou256@outlook.com |
| A2PW6E9D9KZ3IT | zhsj2022@163.com |
| yydsyx | zhuomin2021@sina.com |
| ZX Home Appliance Store | zixuan555@hotmail.com |
| sisalx-store | zo7hux@163.com |